UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CITY OF EAST ST. LOUIS, et al,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT, et al,

    Defendants.                    No. 13-cv-982-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendant's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on January 15, 2015 (Doc. 50) granting defendant's Motion to Dismiss and the Minute Order entered on March 11, 2015 (Doc. 51) this case is **DISMISSED** with prejudice as to all parties.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                        BY:    */s/Caitlin Fischer*
                                    **Deputy Clerk**

Dated:  March 11, 2015

Digitally signed by
David R. Herndon
Date: 2015.03.11
13:09:28 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT